IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

      Plaintiff,

v.                                                No.:   2:20-cv-00594-KG-SMV

BURLINGTON NORTHERN SANTA FE RAILWAY,
BOOKER AND JANE DOE MUNN, DOES 1 THROUGH 5,

      Defendants.

## ORDER AMENDING CASE CAPTION

**WHEREAS,** both parties, by and through their counsel, have agreed to stipulate that the current caption for the defendant BURLINGTON NORTHERN SANTA FE RAILWAY is incorrect and that the correct name of the defendant is BNSF Railway Company; and

**WHEREAS,** the parties through the joint submission of a stipulated motion to amend case caption have asked this court that the name of defendant Burlington Northern Santa Fe Railway be referred to as BNSF Railway Company in all subsequent proceedings before the court with respect to this matter.

**IT IS THEREFORE ORDERED** that the caption for this matter shall be changed to reflect that BNSF Railway Company shall be used to reference the correct name of defendant Burlington Northern Railway and that all future captions in any and all pleadings shall refer to the defendant as **BNSF Railway Company.**

                                               _____
                                               **STEPHAN M. VIDMAR**
                                               **United States Magistrate Judge**

Submitted by:

THE CABRERA LAW FIRM L.L.C.


By: _/s/ Henry G. Cabrera_
Henry G. Cabrera
Attorney for Plaintiff
436 S. San Pedro
Las Cruces, NM 88001
(575) 523-0114
HGCabrera@cabreralawfirm.us


Approved by:

ATKINSON, BAKER & RODRIGUEZ, P.C.


By: _Approved via email on 9/8/2020_
Justin Rodriguez
Julia E. McFall
Albuquerque Plaza
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
jrodriguez@abrfirm.com
jmcfall@abrfirm.com