IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

    Plaintiff,

v.                                                      No.:     2:20-cv-00594-KG-SMV

BNSF RAILWAY COMPANY,

    Defendant.

## STIPULATED ORDER REGARDING CASE MANAGEMENT MEDIATION DEADLINE EXTENSION

THIS MATTER having come before the Court on the Stipulation of the parties, and the Court finding that the parties' Stipulation is in the substantial interest of justice and will facilitate the timely and economical resolution of this matter in compliance with the Civil Justice Reform Act, the Court hereby FINDS and ORDERS as follows:

1. The Parties previously agreed to appear and participate in a private mediation with mediator Bruce McDonald on or before September 3, 2021, and the Court ordered the parties to do so in accordance with their stipulation. (Doc. 40).

2. The parties scheduled a mediation with Bruce McDonald to occur on September 1, 2021, in accordance with the Court's deadline.

3. The parties have been cooperating in good faith to accomplish certain depositions before the scheduled mediation; however, for medical reasons Plaintiff is unable to appear for his deposition, in accordance with all counsel's availability, before September 1, 2021.

4. Plaintiff's deposition will be taken on September 1, 2021.

5. The parties would like to extend the mediation deadline and appear and participate in a mediation with Bruce McDonald on October 1, 2021.

6. There are no other court-ordered deadlines impacted by the proposed extended mediation deadline.

7. The Court hereby vacates the earlier September 1, 2021, mediation deadline and orders that on or before October 1, 2021, the parties shall appear and participate in a private mediation with mediator Bruce McDonald.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED AND APPROVED BY:

By: /s/Julia E. McFall
    Julia E. McFall

ATKINSON, BAKER & RODRIGUEZ, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Tel: (505) 764-8111
Fax: (505) 764-8374
*Attorneys for Defendant BNSF Railway Company*

    -AND-

By: /s/ Nathan L. Karlin(via email 6/24/2021)

CABRERA LAW FIRM
525 E. Lohman Ave., Suite B
Las Cruces, NM 88001
Tel: (575) 523-0114
Fax: (575) 366-8008

POTTROFF & KARLIN LLC
Nathan L. Karlin
320 Sunset Ave.
Manhattan, KS 66502
*Attorneys for Plaintiff*