IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

    Plaintiff,

v.                                                                                                                                      No. CV 20-0594 KG/SMV

BNSF RAILWAY COMPANY,

    Defendant.

<u>AMENDED ORDER SETTING A TELEPHONIC STATUS CONFERENCE</u>

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, SEPTEMBER 28, 2021, AT 1:30 P.M**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE