IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

    Plaintiff,

v.                                                                                                  No. 20-cv-0594 KG/SMV

BNSF RAILWAY COMPANY,

    Defendants.

## ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | Monday, December 6, 2021, at 9:30 a.m. MST |
| **Matters to be heard:** | Plaintiff's Motion to Quash Defendant's Subpoenas Issued to Non-Testifying Expert [Doc. 60] |

**IT IS ORDERED** that a telephonic hearing is set on Plaintiff's Motion to Quash Defendant's Subpoenas Issued to Non-Testifying Expert [Doc. 60]. The hearing is set for **Monday, December 6, 2021, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**