IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

    Plaintiff,

v.                                                            No. 20-cv-0594 KG/SMV

BNSF RAILWAY COMPANY,
BOOKER AND JANE DOE MUNN,
DOES 1 THROUGH 5,[1]

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    April 14, 2022, at 1:30 p.m. MDT

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **April 14, 2022, at 1:30 p.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**

---

[1] In the Stipulated Order Regarding Case Management entered on April 15, 2021 [Doc. 40], the Court dismissed Booker Munn and Jane Doe Munn as defendants.