IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

      Plaintiff,

v.                                           No.:   2:20-cv-00594-KG-SMV

BNSF RAILWAY COMPANY,

      Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHBITS UNDER SEAL

The above-entitled matter was presented to the Court pursuant to Plaintiff's Motion to File Exhibits Under Seal, in conjunction with Plaintiff's Motion for Summary Judgment. Being fully advised on the premises, and based upon the pleadings, all files, records and proceedings herein; the Court finds good cause shown to grant Plaintiff's Motion. IT IS HEREBY FOUND and ORDERED:

1. Plaintiff shall be allowed to submit the video from the BNSF hi-rail pickup truck and the Report of Ron Feder that contains screen shots from the BNSF hi-rail pickup truck video, to be marked as Exhibits 5 and 14-B to Plaintiff's Motion for Partial Summary Judgment on Liability, under seal.

2. Plaintiff's Motion to Submit Under Seal is therefore GRANTED in all respects.

UNITED STATES DISTRICT JUDGE