IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

        Plaintiff,

v.                                              No.:  2:20-cv-00594-KG-SMV

BNSF RAILWAY COMPANY,

        Defendant.

ORDER GRANTING UNOPPOSED MOTION FOR AN
EXTENSION OF PAGE LIMITS

THIS MATTER, is now before the Court on the Unopposed Motion of BNSF Railway Company's Motion to exceed the 27 page limit set forth in D.N.M.LR-Civ. 7.5 for Defendant BNSF's Third Exclusionary Motion: To Exclude Causation Opinions of Christine Vidouria, M.D., Pursuant to *Daubert,* Fed.R.Civ.P. 26(a), and Fed.R.Civ.P. 37(c)(1) ("Motion").  Having reviewed the Motion and noting that it is unopposed, the Court finds that it is well-taken and hereby GRANTED.

Defendants are granted leave to submit the Motion with no more than 30 pages of content.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Submitted:

ATKINSON, BAKER & RODRIGUEZ, PC

*/s/ Julia E. McFall*
Julia E. McFall
Justin D. Rodriguez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
505.764.8111
jmcfall@abrfirm.com
jrodriguez@abrfirm.com

*Attorneys for Defendant BNSF Railway Company*

APPROVED AS TO FORM:

Henry Cabrera , Jr
The Cabrera Law Firm, LLC.
436 S. San Pedro
Las Cruces, NM 88001
575-523-0114
Fax: 575-366-8008
hgcabrera@cabreralawfirm.us

*Attorneys for Plaintiff*

Nathan Lee Karlin
Pottroff & Karlin LLC
320 Sunset Ave.
Manhattan, KS 66502
785-539-4656
Fax: 785-539-1750
Email: nathan@pottroff.com

*Attorneys for Plaintiff*