IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC RICHMANN,

    Plaintiff,

v.                                                    No. 20-cv-0594 KG/SMV

BNSF RAILWAY COMPANY,
BOOKER AND JANE DOE MUNN,
DOES 1 THROUGH 5,[1]

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

A settlement was reached in this matter at the settlement conference held on July 13, 2022.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 12, 2022**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] In the Stipulated Order Regarding Case Management entered on April 15, 2021 [Doc. 40], the Court dismissed Booker Munn and Jane Doe Munn as defendants.